## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.*, | Civil No. 10-4948 (JRT/AJB) |
| Plaintiffs, | |
| v. | **ORDER** |
| DONALDSON COMPANY, INC., *et al.*, | |
| Defendants, | |

This matter is before the Court on Donaldson's Motion to Expand the Word Count Limit [Docket No. 104]. Donaldson is requesting to be allowed an additional 4,500 words to reply to Federal's Memorandum of Law in Opposition to Donaldson's Motion for Summary Judgment and Partial Summary Judgment and National Union's Motion for Partial Summary Judgment.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and Defendant Donaldson shall be allowed the use an additional 4,500 words.

DATED: October 24, 2011
at Minneapolis, Minnesota.

                                                           _____ s/ John R. Tunheim _____
                                                                 JOHN R. TUNHEIM
                                                          United States District Judge