**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AMERICAN HOME ASSURANCE COMPANY,<br><br>                Plaintiffs,<br><br>v.<br><br>DONALDSON COMPANY, INC., and FEDERAL INSURANCE COMPANY,<br><br>                Defendants. | Court File No. 10-cv-04948 JRT/TNL<br><br><br><br>**12-04-15 DECLARATION OF RIKKE DIERSSEN-MORICE** |

I, Rikke Dierssen-Morice, hereby declare as follows:

1.      I am a partner with the firm of Faegre Baker Daniels LLP. I am one of the attorneys for defendant, Donaldson Company, Inc. ("Donaldson"), in the above-captioned action. Because of my representation of Donaldson in this case, I have personal knowledge of the facts set forth in this declaration.

2.      Attached hereto as Exhibit A is a true and correct copy of Exhibit 7 to the Affidavit of Lindsay G. Arthur, Jr., the July 31, 1999 to July 31, 2000 Federal Insurance Company Commercial Umbrella Policy, Docket No. 293-1 page 222 to 308.

3.      Attached hereto as Exhibit B is a true and correct copy of excerpts from the May 6, 2015 Transcript of Status Conference Hearing before the Honorable Chief Judge John R. Tunheim.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2015

*s/Rikke Dierssen-Morice*
Rikke Dierssen-Morice